**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**THOMAS TRAYNOR**                                                              **PLAINTIFF**


**VERSUS**                              **CIVIL ACTION NO. 1:20cv-00068TBM-RPM**


**ELMUS CORLEY AND
STEVEN MCINTOSH**                                                      **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS Court having been presented with this Agreed Order of Dismissal with Prejudice by the parties, hereby finds and orders as follows:

1.      That this matter was set for a Settlement Conference on April 5, 2021, with all parties present.  This case settled at the conference and the terms of the settlement were placed on the record.  The parties were allowed twenty-one (21) days to consummate the settlement.

2.      All parties herein, have submitted all Settlement Releases, which have been executed by all parties and tendered all settlement checks to the Plaintiff.

3.      The parties hereby request that this Honorable Court dismiss this case with prejudice.

IT IS THEREFORE, ORDERED AND ADJUDGED, that this case is hereby dismissed, with prejudice, with each party to bear their own costs.

SO ORDERED AND ADJUDGED, this the 28th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE

1

AGREED TO:

*/s/ Scott E. Silbert*                          */s/ Paul D. Palermo*

_____          _____

SCOTT E. SILBERT,                          Paul D. Palermo,
Attorney for Plaintiff                     Attorney for Defendant, Elmus Corley

*/s/ Brett K. Williams*

_____

BRETT K. WILLIAMS,
Attorney for Defendant, Steven McIntosh